OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
JAN 1 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

5 January 2006

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

| Title of Case(s) | Your Case Number(s) |
|---|---|
| Julie Meggers -v- Pfizer, Inc., et al | C.A. No. 2:05-2234 |
| Jose Montano -v- Pfizer, Inc. | C.A. No. 2:05-2280 — MCE KJM |
| Robert Evans -v- Pfizer, Inc., et al | C.A. No. 2:05-2281 |

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

5 January 2006

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

| Title of Case(s) | Your Case Number(s) |
|---|---|
| Julie Meggers -v- Pfizer, Inc., et al | C.A. No. 2:05-2234 |
| Jose Montano -v- Pfizer, Inc. | C.A. No. 2:05-2280 |
| Robert Evans -v- Pfizer, Inc., et al | C.A. No. 2:05-2281 |

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

R.C. Santos

By: Rufino Santos
Deputy Clerk

Encl.

A CERTIFIED TRUE COPY

DEC 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-10)

FILED
JAN - 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 349 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk
Date 1/5/06

# SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE 2 05-2234 | Julie Meggers v. Pfizer Inc., et al. |
| CAE 2 05-2280 | Jose Montano v. Pfizer Inc. |
| CAE 2 05-2281 | Robert Evans v. Pfizer Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-1154 | Sharon Walker v. Pfizer Inc. |
| FLM 3 05-1166 | Lorraine Jenkins v. Pfizer Inc. |
| **KANSAS** | |
| KS 2 05-2464 | James Stephan v. Monsanto Co., et al. |
| KS 2 05-2465 | James Lemons v. G.D. Searle, LLC, et al. |
| **LOUISIANA WESTERN** | |
| LAW 6 05-1930 | Clara Mae Randle v. Pfizer Inc. |
| **MAINE** | |
| ME 2 05-209 | Maria Gilbert, etc. v. Pfizer Inc. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1886~~ | ~~Edward Spinaio v. G.D. Searle, LLC, et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-1962~~ | ~~Bruce Williams v. Pfizer Inc., et al.~~ Opposed 12/28/05 |
| MOE 4 05-2005 | Jane Swinney v. Monsanto Co., et al. |
| MOE 4 05-2059 | Michael R. Watson v. Monsanto Co., et al. |
| ~~MOE 4 05-2066~~ | ~~Harry Lambert, et al. v. Pfizer Inc., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2095~~ | ~~Loretta Henke v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2098~~ | ~~Fay D. Finley v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2099~~ | ~~Marilyn Mattick v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2100~~ | ~~Dale Lewis-Lockett v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2101~~ | ~~Ervin L. Meek v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| **MISSOURI WESTERN** | |
| MOW 4 05-984 | Garland Schnack, et al. v. Pfizer Inc. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-982 | Charlotte Pickett v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| ~~TXE 6 05-342~~ | ~~George Carey, et al. v. Pfizer Inc., et al.~~ Opposed 12/21/05 |
| **TEXAS NORTHERN** | |
| TXN 4 05-699 | Kathryn F. Adair v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 05-883 | Larry Larue, et al. v. Pfizer Inc. |